UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
                                        :
UNITED STATES OF AMERICA                :
                                        :
          - v. -                        :   INDICTMENT
                                        :
ANTHONY DIXON,                          :   07 Cr. ( )
     a/k/a "Noopy,"                     :
     a/k/a "00,"                        :
                                        :
                    Defendant.          :
                                        :
- - - - - - - - - - - - - - - - - - - - x

07 CRIM 618

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 10 2007

COUNT ONE

The Grand Jury charges:

1. From at least in or about 1992 up to and including in or about January 2003, in the Southern District of New York and elsewhere, ANTHONY DIXON, a/k/a "Noopy," a/k/a "00," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that ANTHONY DIXON, a/k/a "Noopy," a/k/a "00," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21, United States Code.

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York:

a. On or about November 5, 1994, ANTHONY DIXON sold crack cocaine to an undercover police officer in the vicinity of 157th Street and Walton Avenue, Bronx, New York.

b. In or about January 2003, ANTHONY DIXON received narcotics proceeds from workers he supervised in the vicinity of 157th Street and Gerard Avenue, Bronx, New York.

(Title 21, United States Code, Section 846.)

FORFEITURE ALLEGATION

4. As a result of committing the controlled substance offense in Count One of this Indictment, ANTHONY DIXON, a/k/a "Noopy," a/k/a "00," the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment, including but not limited to a sum equal to $1,000,000 in United States currency representing the amount of proceeds obtained as a result of the offense in violation of Title 21, United States Code, Section 846.

### Substitute Assets Provision

5.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a)  cannot be located upon the exercise of due diligence;

    (b)  has been transferred or sold to, or deposited with, a third party;

    (c)  has been placed beyond the jurisdiction of the court;

    (d)  has been substantially diminished in value; or

    (e)  has been commingled with other property which cannot be divided without difficulty;  it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 846 and 853.)

_____          _____
Foreperson                                MICHAEL J. GARCIA
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**ANTHONY DIXON,**
 a/k/a "Noopy,"
 a/k/a "00,"

                            **Defendant.**

<u>INDICTMENT</u>

07 Cr.

(Title 21, United States Code,
Section 846.)

MICHAEL J. GARCIA
United States Attorney

A TRUE BILL

_____
                                                   Foreperson.

0293