

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 13, 2007

Honorable Theodore H. Katz
United States Magistrate Judge
500 Pearl Street
New York, NY  10007

    Re:   United States v. Anthony Dixon
           07 Cr. 618

Dear Judge Katz:

    On July 10, 2007, a grand jury in the Southern District of New York voted the above-captioned Indictment.  The Indictment was then sealed.

    Anthony Dixon was arrested last night based on an arrest warrant issued in connection with the Indictment.  Accordingly, the Government respectfully submits this letter to request that Indictment 07 Cr. 618 be unsealed and assigned to a District Court Judge.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                              By: _____
                              Katherine A. Lemire
                              Assistant United States Attorney
                              (212) 637-2532

SO ORDERED:

_____
Honorable Douglas F. Eaton
United States Magistrate Judge
Dated:  July 13, 2007

CALLY FILED
JUL 1 3 2007