UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA          :
        -against-                 :                    ORDER
                                  :
*Anthony Dixon*                   :                    *07cr618*
                                  :                    Docket #
------------------------------------x

*Harold Baer Jr*, DISTRICT JUDGE:
Judge's Name

THE C.J.A. attorney assigned to this case

*Henry Steinglass* is hereby ordered substituted and
Attorney's Name

the representation of the defendant in the above captioned matter

is assigned to *Carlos Martir*
                 Attorney's Name

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: New York, New York

9-26-07

[Stamp: ELECTRONICALLY FILED, DOC #: ___, DATE FILED: 9/27/07]