DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

JAN 3 0 2008

**MARTIR & ASSOCIATES**

**Attorneys at Law**

*305 Broadway*
*Suite 200*
*New York, New York 10007*

HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

*Carlos A. Martir, Jr., Esq.*

*Telephone: 212-227-0267*
*Fax:       212-227-0397*

*Gary Elias, Esq.*
*Of Counsel*

January 28, 2009

**VIA FACSIMILE**
The Honorable Harold Baer, Jr.
Judge, U.S. District Court, Souther District
U.S. Courthouse
500 Pearl Street
New York, New York 10007

### RE: United States v. Anthony Dixon
### Criminal No. 07-CR-00618

Dear Judge Baer:

The above captioned matter has been scheduled for sentencing on February 7, 2008. Unfortunately, I am scheduled for bypass surgery on January 31, 2008. I have been informed that recovery will take approximately three to four weeks. I am therefore, asking the Court, to schedule Mr. Dixon's sentencing to the first week of March 2008. I have spoken with AUSA Katie Lemire, who does not oppose this request.

If your Honor has any questions, please do not hesitate to call me.

2/4/08 March 6, at 12 Noon
SO ORDERED
Harold Baer
USDJ

Very truly yours,

CARLOS A. MARTIR, JR

cc: AUSA Katherine Lemire